UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DIVISION OF LAFAYETTE

| | | |
|---|---|---|
| **COLBY FAVORS** | * | **CIVIL ACTION NO.:** |
| **VS** | * | |
| **MAKO ENERGY SERVICES LLC and FALCON DRILLING SERVICES, INC.** | * | |

## COMPLAINT FOR DAMAGES

The Complaint of Colby Favors, a resident of this District and of the State of Louisiana, who respectfully moves this Honorable Court as follows:

## PARTIES

Plaintiff, Colby Favors, is a resident of Lafayette Parish, Louisiana. Defendants, Mako Energy Services, LLC, a company authorized to do and doing business in the state of Louisiana and has offices and employees in this District and Division. Defendant, Falcon Drilling Services, Inc., is a foreign corporation authorized to do and doing business in the state of Louisiana and has offices and employees in this District and Division.

## JURISDICTION

The above-entitled and numbered matter arises under the Jurisdiction of this Honorable Court pursuant to 46 U.S.C. § 30104 and 28 U.S.C. §1333. The Plaintiff brings this action pursuant to his right to recovery against a third party as detailed in the Outer Continental Shelf Lands Act (OCSLA), §90S(c). Plaintiff asserts the Jurisdiction of the Federal Courts over admiralty and maritime matters.

## VENUE

Venue is proper as the incident leading to the claim at issue, upon information and belief, occurred on a jack-up boat on the Outer Continental Shelf adjacent to this District and Division. The Plaintiff resides in this District and Division and both Defendants. Additionally, the damages to Petitioner exceed all necessary amounts for this courts jurisdiction.

## FIRST CAUSE OF ACTION

**1.**

Plaintiff, Colby Favors, was employed by Mako Energy Services, LLC, as a cook, and was assigned to cook and other various duties on a movable work-over boat, which was stationed on the Outer Continental Shelf adjacent to, but not within, Louisiana territorial waters.

**2.**

Due to his status as a worker stationed on a boat while traveling on the Outer Continental Shelf, Plaintiff was covered and protected by the United States Longshore Harbor Worker's Compensation Act, and is entitled to recovery against third parties under OCSLA.

**3.**

On or about July 10, 2019, the Plaintiff, while trying to enter the bathroom was then incapacitated unconscious from slipping on bathroom floor.

**4.**

Unable to speak, and awaking with people gathered around him, Plaintiff was bleeding from a head wound. First Aid was rendered to Plaintiff and he was allowed to lie down for a time being. Plaintiff notified the captain of the vessel that he was feeling light headed and needed further medical attention. Captain told Plaintiff to go back and lie down and additional directions.

Plaintiff went to bed for the night, awaking nauseated and throwing up. Unable to hold

down any food, Plaintiff continued to vomit blood and mucus. Plaintiff was not allowed to get off of boat to acquire further medical evaluation, causing Plaintiff to continue suffering, increasing his damages, until boat finally docked four days later.

5.

Upon returning to Lafayette, Plaintiff was brought to University Medical Center for drug testing and evaluation.

6.

The Plaintiff was immediately hospitalized and admitted for over two weeks following his presentation to the UMC Emergency Room.

7.

As a result of the impact and from the fall, the Plaintiff sustained serious and disabling injuries to various parts of his body, including his head, neck, middle back, lower back, right shoulder, right arm, right hand, and his chest wall/rib area.

8.

Plaintiff alleges that Defendant, Falcon Drilling Services, Inc., as the owner/operator of vessel/ rig was unseaworthy at the time of the accident and is liable for failing to provide a safe seaworthy vessel/ environment where workers would not injure themselves trying to enter a bathroom. Defendant, Falcon Drilling Services, Inc., is also liable for failing to warn the Plaintiff or his employer, Mako Energy Services, of the potential dangers to workers on the boat of the unsafe work environment. Defendant, Falcon Drilling Services, Inc., is also liable for other acts and/or omissions that will be shown at the trial of this matter.

9.

Plaintiff alleges that Defendant, Falcon Drilling Services, Inc., through its contracts and

sub-contracts, is liable as the owner/operator of the work boat in question. Falcon Drilling Services, Inc., wholly failed to adequately warn and/or protect the individuals working on, in, and around the unseaworthy vessel of the potential dangers associated with traversing the interior of the ship. Defendant, Falcon Drilling Services, Inc., is also liable for other acts and/or omissions that will be shown at the trial of this matter.

**10.**

As a result of the negligence of the Defendants, the Plaintiff sustained the following damages:

>A. Lost wages and loss of wage-earning capacity;
>
>B. Past and future medical expenses;
>
>C. Physical and mental pain and suffering;
>
>D. Permanent physical disability and disfigurement;
>
>E. Loss of consortium;
>
>F. Lost enjoyment of life; and,
>
>G. Any and all other damages which may be shown at the trial of this matter.

**11.**

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

**12.**

Plaintiff is a citizen of this state and due to his poverty and lack of means, is unable to pay the present and future costs of this litigation, or to give bond for payment of same, and is therefore entitled to all benefits and provisions of the Louisiana Code of Civil Procedure, Article 5181, et seq., which provides for lawsuits in forma pauperis.

WHEREFORE, Plaintiff avers that a portion of his damages to date, which can be calculated in special damages alone with the remainder general damages continuing to increase, are in excess of Three Hundred Thousand Dollars ($300,000) and have yet to be determined since he is still under active medical treatment. As such, Petitioner's damages are well within the jurisdictional limits of this court. Petitioner continues to suffer and incur damages. Plaintiff prays that this Honorable Court, after due proceedings in this matter, award him an amount reasonably calculated to compensate him for the type of damages which he sustained, along with legal interest from date of judicial demand.

Respectfully submitted,
Doucet-Speer, APLC

_____
**JEFFERY F. SPEER** (#19398)
jeffspeer@doucetspeer.com

Doucet-Speer, APLC
PO Box 4303
Lafayette, LA 70502
617 St. John St.
Lafayette, LA 70501
Phone: (337) 232-0405
Fax: (337) 237-3415